United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **GLENDA XIOMARA GOMEZ GODINEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01420** |
| | § | |
| **ORLANDO PEREZ, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Pending before the Court is Petitioner Glenda Xiomara Gomez Godinez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Request for Order to Show Cause, (Dkt. 1), and Emergency Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. 3).

Having reviewed the Petition and the Motion, Respondents are hereby **ORDERED to show cause and submit a response to both the Habeas Petition, (Dkt. 1), and the Motion for Temporary Restraining Order and Preliminary Inunction, (Dkt. 3)**, and serve it on Petitioner no later than **Friday, August 14, 2026 at 12:00 PM CT**. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents' Response on or before **Monday, August 17, 2026**.

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

1 / 2

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days beforehand** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

    **IT IS SO ORDERED.**

    SIGNED this August 12, 2026.

Diana Saldaña
United States District Judge

2 / 2